AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 07, 2023**

SEAN F. McAVOY, CLERK

GARY A.,

*Plaintiff*

v.

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF
SOCIAL SECURITY,

*Defendant*

)
)
)
)
)
)

Civil Action No.   1:21-CV-03092-ACE

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Plaintiff's Motion for Summary Judgment, ECF No. 15, is GRANTED.
Defendant's Motion for Summary Judgment, ECF No. 16, is DENIED.
The Commissioner's final decision is REVERSED and this case is REMANDED for further proceedings under sentence four of 42 U.S.C. § 405(g).
Judgment entered in favor of Plaintiff.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Alexander C Ekstrom _____ on cross-motions for Summary Judgment.

Date:  3/7/2023 _____

CLERK OF COURT

SEAN F. McAVOY _____

s/ Lee Reams _____
*(By) Deputy Clerk*

Lee Reams _____